UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. 1:21-mj-0074 |
| JUAN AGUSTIN-SECUNDO, | ) ) ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Kathryn E. Olivier, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:  s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on Select date, a copy of the foregoing APPEARANCE was Select

Filing Type

    Enter Receiving Party Name
    Enter Law Firm Name
    Enter Recipient's Postal Address / Delete if not needed
    Enter Recipient's City, State, Zip / Delete if not needed
    Enter Recipient's E-mail Address

By: _____
    Choose Criminal AUSA
    Assistant United States Attorney
    Office of the United States Attorney
    10 W. Market Street, Suite 2100
    Indianapolis, IN 46204-3048
    Telephone: (317) 226-6333
    Fax:  (317) 226-6125
    Email:  Choose Crim AUSA Email Address